# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY, JR.**                                    **PLAINTIFF**

v.                          No. 4:25-cv-934-DPM

**DREW COUNTY DETENTION FACILITY**                          **DEFENDANTS**
**CENTER and DOES, Guards, Drew County**
**Detention Facility Center**

## ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 4*, and overrules Stanley's objections, *Doc. 6*. Fed. R. Civ. P. 72(b)(3). He is a three-striker. And he did not allege an ongoing threat of serious physical injury. 28 U.S.C. § 1915(g). His motion to proceed *in forma pauperis*, *Doc. 1*, is denied. His motion for a discovery Order, *Doc. 5*, is denied as moot. His complaint will be dismissed without prejudice.

2. If Stanley wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen this case by 14 November 2025.

-2-

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2025