IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JIMMY DEWAYNE STANLEY, JR.                                    PLAINTIFF

v.                          No. 4:25-cv-934-DPM

DREW COUNTY DETENTION FACILITY                               DEFENDANTS
CENTER and DOES, Guards, Drew County
Detention Facility Center

## JUDGMENT

Stanley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025