# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY, JR.**                                   **PLAINTIFF**

v.                              **No. 4:25-cv-934-DPM**

**DREW COUNTY DETENTION FACILITY**          **DEFENDANTS**
**CENTER and DOES, Guards, Drew County**
**Detention Facility Center**

## ORDER

Motion for status update, *Doc. 14*, granted.   This case is closed. If Stanley wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen this case by 26 November 2025.   *Doc. 9*.   The Court directs the Clerk to send Stanley a copy of *Doc. 9*, the docket, and this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
28 October 2025